**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tiffany Mary Logan,<br>Plaintiff(s),<br>v.<br>Eldorado Resorts Corp., et al.,<br>Defendant(s). | Case No. 2:26-cv-01826-ART-NJK<br>**Report and Recommendation** |

Plaintiff initiated this case without paying the required fee or filing an application to proceed *in forma pauperis*. Docket No. 1. On June 16, 2026, the Court ordered Plaintiff to pay the filing fee or file an application to proceed *in forma pauperis* by July 7, 2026. Docket No. 2. The Court warned that "[f]ailure to comply will result in a recommendation to the District Judge that this case be dismissed." *Id.* at 2 (emphasis in original). Notwithstanding that warning, Plaintiff did not comply.

This case cannot proceed without Plaintiff either paying the filing fee or filing a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); *see also* 28 U.S.C. § 1915(a). Having refused to do either in this case, Plaintiff's complaint is subject to dismissal. *E.g.*, *Desai v. Biden*, 2021 WL 38169, at *1 (E.D. Cal. Jan. 5, 2021), *adopted*, 2021 WL 276236 (E.D. Cal. Jan. 27, 2021).

Moreover, Plaintiff's refusal to comply with the Court's order is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than

dismissal are unavailable because Plaintiff has refused to comply with the order of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.[1]

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: July 14, 2026

Nancy J. Koppe
United States Magistrate Judge

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

[1] In addition, Plaintiff has not provided her contact information to the Clerk's Office. *See* Docket No. 1; *but see* Local Rule IA 10-2 (requiring contact information be provided in the caption of filings); Local Rule IA 3-1 (requiring litigants to update their contact information if there is any change). Because of Plaintiff's shortcoming on that front, the Court is unable to "to threaten [Plaintiff] with some lesser sanction [because] [a]n order to show cause why dismissal was not warranted or an order imposing sanctions would only find itself taking a round trip tour through the United States mail." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988).