UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIFFANY MARY LOGAN,

Plaintiff,

v.

ELDORADO RESORTS CORP, *et al.*,

Defendants.

Case No. 2:26-cv-01826-ART-NJK

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 3)

Plaintiff Tiffany Mary Logan sues Defendants Eldorado Resorts Corp, Equity Land Title, LLC, Greenspoon Marder Timesh, and Colton D. Blanks for violations of her civil rights. (ECF No. 1-1.) On July 15, 2026, Magistrate Judge Nancy Koppe issued a Report and Recommendation ("R&R") recommending dismissing this action without prejudice for Ms. Logan's failure to pay the filing fee or file an application to proceed in forma pauperis ("IFP"). (ECF No. 3.)

For the foregoing reasons, the Court adopts the magistrate judge's R&R.

## I. LEGAL STANDARD

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Ms. Logan has not filed an objection to the magistrate judge's R&R and her time to do so has now expired. (ECF No. 3.)

## II. ANALYSIS

Because there is no objection, the Court need not conduct de novo review and is satisfied Judge Koppe did not clearly err. Here, Judge Koppe recommends dismissal of this action because Ms. Logan has failed pay the required filing free or file an application to proceed IFP. (ECF No. 3.) The Court agrees with the magistrate judge's reasoning and adopts the R&R in full.

## III. CONCLUSION

IT IS THEREFORE ORDERED that Judge Koppe's Report and Recommendation (ECF No. 3) is ADOPTED IN FULL.

IT IS FURTHER ORDERED that this action is dismissed without prejudice based on Ms. Logan's failure to pay the filing fee or file an application to proceed IFP, in compliance with the Court's June 16, 2026, order. (ECF No. 2.)

DATED THIS 30th day of July 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE